# United States Court of Appeals
## For the First Circuit

No. 15-2025

UNITED STATES OF AMERICA,

Appellee,

v.

JOHNNY SARMIENTO-PALACIOS,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on March 16, 2018, is amended as follows:

On page 1, line 9, "895 F.3d 1, 17" is replaced with "895 F.2d 1, 17 (1st Cir. 1990)".

On page 8, line 1, "our sister circuits" is replaced with "the Ninth, Sixth, and Eleventh Circuits".